UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

LABORERS PENSION TRUST FUND - DETROIT
& VICINITY, *et al*,

             Civil Action No. 03-71748
  Plaintiffs,        Honorable JOHN CORBETT O'MEARA
             Magistrate Judge DONALD A. SCHEER

v.

UNITED MECHANICAL & CONVEYOR, INC,

  Defendant
_____/

**AMENDED JUDGMENT**

At a session of said Court, held at the
United States District Courthouse,
Ann Arbor, Michigan

Presiding: Honorable JOHN CORBETT O'MEARA
United States District Judge

The September 19, 2003 JUDGMENT (docket item No.9) is hereby amended to incorporate damages. Plaintiffs are awarded $3,265.61,[1] with post judgment interest to accrue upon that full amount in accordance with 28 U.S.C. §1961, and plaintiffs shall have execution thereof.

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: March 23, 2006

---

[1] That being the sum of $67.61 in unpaid liquidated damage assessments pursuant to the collective bargaining agreement, plus $285.00 in costs and $2,913.00 in attorneys' fees through January 11, 2006.